PHILLIP A. TALBERT
United States Attorney
NICOLE MOODY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>TRISTAN LONGMIRE,<br><br>            Defendant. | 2:24-po-00220-CSK<br><br>ORDER TO DISMISS AND VACATE BENCH TRIAL; CERTIFICATE OF SERVICE<br><br>DATE: October 7, 2024<br>TIME: 10:00 a.m.<br>JUDGE: Honorable Chi Soo Kim |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:24-po-00220-CSK is GRANTED.

It is further ordered that the bench trial scheduled on October 7, 2024, is vacated.

IT IS SO ORDERED.

Dated: September 20, 2024

*/s/ Chi Soo Kim*

HON. CHI SOO KIM
United States Magistrate Judge